

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00331-CV

IN RE AZLE MANOR PROPERTIES,                                    RELATORS
L.P. AND AZLE MANOR, INC.

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 141-268081-13

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency stay are denied.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  October 23, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).